JAMES KRUEGER, ESQ. 492
2065 Main Street
Suite 102
Wailuku, Maui, Hawaii 96793
    (808) 244-7444 (Telephone)
    (808) 244-4177 (Facsimile)
Email: mauswim@maulaw.net

Attorney for Plaintiff
#17-07 JK:tds

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY FERRETTI, | ) CERTIFICATE OF |
| | ) COMPLIANCE/SERVICE; |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) CASE NO. 1:18-mc-00057- |
| v. | ) JMS-RLP |
| | ) |
| BEACH CLUB MAUI, INC., JOHN DOES 1-5, JOHN DOE CORPORATIONS 1-5, JOHN DOE PARTNERSHIPS 1-5, ROE NON-PROFIT CORPORATIONS 1-5, AND ROE GOVERNMENTAL AGENCIES 1-5, | ) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE/SERVICE

Pursuant to the Court's order, counsel for Plaintiff ANTHONY G. FERRETTI, JR. hereby certifies that on March 2, 2018 a copy of this Court's electronic order was served on Beach Club Maui, Inc., c/o Kevin Hoke and Noah D. Silverman, Esq., on behalf of NCL, each by certified mail.

DATED: Wailuku, Maui, Hawaii, __MAR 05 2018__ .

_____
JAMES KRUEGER, ESQ.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2018 a copy certificate of compliance/service was filed with the Clerk, using CM/ECF, who will forward a copy to all counsel of record.

DATED: Wailuku, Maui, Hawaii, ___MAR 0 5 2018___.

JAMES KRUEGER, ESQ.
Attorney for Plaintiff

**SERVICE LIST**

Jeffrey E. Foreman, Esq.
(FBN 0240310)
jforeman@fflegal.com

Noah D. Silverman, Esq.
(FBN 401277)
nsilverman@fflegal.com

Raquel Loret de Mola, Esq.
(FBN 117533)
rlmola@fflegal.com

Rachel M. Faenson, Esq.
rmitchell@fflegal.com
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Tel: 305-358-6555
Fax: 305-374-9077
*Counsel for Defendant, NCL (BAHAMAS) LTD.*

Michael P. Cassidy, Esq.
Cassidy & Associates
11221 Pearl Road
Strongsville, OH 44136

Tel: 440-728-7000
Fax: 440-846-9770
cassidylawfirm@gmail.com
*Co-Counsel for the Plaintiff, Anthony G. Ferretti, Jr.*

Robert L. Parks, Esq.
Florida Bar No. 61436
bob@rlplegal.com
Gabriel Garay, Esq.
Florida Bar No. 103303
gabe@rlplegal.com
**THE LAW OFFICES OF ROBERT L. PARKS, P.L.**
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Tel:   (305) 445-4430
Fax:   (305) 445-4431

*Co-Counsel for the Plaintiff, Anthony G. Ferretti, Jr.*