IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANTHONY FERRETTI, | ) | MISC. NO. 18-00057 JMS-RLP |
| | ) | |
| Petitioner, | ) | FINDINGS AND RECOMMENDATION TO |
| | ) | CLOSE THIS CASE |
| vs. | ) | |
| | ) | |
| BEACH CLUB MAUI, INC., | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO CLOSE THIS CASE[1]

Petitioner initiated this action to request that the Court compel Beach Club Maui, Inc. to produce documents in response to a Rule 45 subpoena issued in a action that had been filed in the United States District Court Southern District of Florida, Case No. 17-20202 (GAYLES).  See ECF No. 1.  On March 20, 2018, Beach Club Maui, Inc. filed an Opposition indicating that it would respond to the subpoena and produce documents, subject to limited objections.  ECF No. 9.  Petitioner's reply was due March 30, 2018; however, Petitioner did not file a timely reply.  See ECF No. 7.  On April 9, 2018, the Court directed Petitioner to file a reply indicating what, if any, issues remain for the Court to resolve because it appeared based on the record

---

[1] Within fourteen days after a party is served with a copy of the Findings and Recommendation, that party may, pursuant to 28 U.S.C. § 636(b)(1), file written objections in the United States District Court.  A party must file any objections within the fourteen-day period allowed if that party wants to have appellate review of the Findings and Recommendation.  If no objections are filed, no appellate review will be allowed.

that the request to compel may be moot based on Beach Club Maui,

Inc.'s discovery responses.  See ECF No. 11.  Petitioner filed

his Reply stating that he did not have the capacity to challenge

the Opposition and stating that he would meet and confer with

counsel to obtain discovery.  See ECF No. 12.  Accordingly, on

April 10, 2018, the Court denied without prejudice Petitioner's

request to compel and directed Plaintiff to file a status report

no later than April 20, 2018, regarding whether the parties were

able to resolve their discovery issues or whether Petitioner

would renew his request to compel.  See ECF No. 13.  Petitioner

did not file a status report as directed.  Because it appears

that Petitioner has abandoned this action and there are no

pending motions before the Court, the Court FINDS and RECOMMENDS

that this case be closed.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, APRIL 24, 2018.



Richard L. Puglisi
United States Magistrate Judge

**FERRETTI vs. BEACH CLUB MAUI, INC.; MISC. NO. 18-00057 JMS-RLP;**
**FINDINGS AND RECOMMENDATION TO CLOSE THIS CASE**